IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ALFRED SMITH, | * |
| Plaintiff, | * |
| v. | Case No.  5:25-cv-00379-MTT-ALS |
| | * |
| JOHN AND OR JANE DOES, | |
| Defendant. | * |
| _____ | * |
| | * |

## J U D G M E N T

Pursuant to this Court's Order dated 7/7/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 7th day of July, 2026.

David W. Bunt, Clerk


s/ Raven K. Alston, Deputy Clerk